UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: Dalvin Candler

CASE NO. 14- _15118_
CHAPTER 13

### AFFIDAVIT AS TO NON-FILING OF TAX RETURNS

I, Dalvin Candler, hereby state that I did not receive sufficient income to necessitate

the filing of a state or federal tax return for the 2010-2013 tax year.

I declare under penalty of perjury that the foregoing is true and correct.

DATED THIS _23_ DAY OF _September,_ 2014.

_____
Dalvin Candler, AFFIANT

STATE OF ARKANSAS

COUNTY OF _Pulaski_

SUBSCRIBED AND SWORN to me, a notary public, this _23_ day of
_September_, 2014.

_____
NOTARY PUBLIC

My Commission Expires:

_03-08-2020_

DATE:

_Sept 23, 2012_

OFFICIAL SEAL - #12375515
**TANYA JONES**
NOTARY PUBLIC-ARKANSAS
SALINE COUNTY
MY COMMISSION EXPIRES: 03-08-20