GO11-11(a)/ BS    /121

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: Dalvin D Candler and Melissa J Candler   CASE NO: 4:14-bk-15118 J
Chapter 13

CHAPTER 13 ORDER REQUIRING STRICT COMPLIANCE

Before the court is the Motion to Dismiss filed by the Trustee on 12/02/2014 as a result of the debtors' failure to make payments as required by the plan. The motion was set for hearing on 01/22/2015. The court finds that the Debtors are in default under the terms of the plan. The Trustee has agreed to withdraw the Motion to Dismiss conditioned upon the debtors complying with the following:

1. The debtors shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period: February 2015 thru July 2015

IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the debtors complying with the above provisions. Failure of the debtors to comply with this order may result in the Trustee's Motion to Dismiss being granted and the case being dismissed without further notice or hearing.

Date: 01/23/2015                               /s/ Phyllis M. Jones

Phyllis M. Jones
U.S. Bankruptcy Judge

cc: Mark T. McCarty, Trustee

Gregory W. Harris    (Noticed by ECF)
510 W 4Th Ste A
North Little Rock, AR  72114

Dalvin D Candler and Melissa J Candler
299 Cw Road #1
Judsonia, AR  72081