GO11-9 /SK     /58

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Dalvin D Candler and Melissa J Candler        CASE NO:    4:14-bk-15118 J
                                                                 Chapter 13

### CHAPTER 13 ORDER WITHDRAWING
### TRUSTEE'S OBJECTION TO CONFIRMATION

The court, for cause shown, grants the Trustee's request to withdraw the Trustee's Objection to Confirmation filed 02/02/2015, Docket Entry [43], and cancels the hearing set for 2/24/15 at 9.

IT IS SO ORDERED.

Dated: 02/19/2015

                                              /s/ Phyllis M. Jones
                                              U.S. BANKRUPTCY JUDGE

cc:  Dalvin D Candler and Melissa J Candler
     299 Cw Road #1
     Judsonia, AR  72081

     Gregory W. Harris     (Noticed by ECF)
     510 W 4Th Ste A
     North Little Rock, AR  72114

     Mark T. McCarty, Chapter 13 Standing Trustee