GO11-10(b)) / BS /195

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Dalvin D Candler and Melissa J Candler       CASE NO: 4:14-bk-15118 J
                                                                                                                    Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 01/23/2015, Docket Entry [42], requiring the Debtors to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtors to comply with the court's order of 01/23/2015.

IT IS SO ORDERED.

Date: 08/10/2015                                                         /s/   Phyllis M. Jones
                                                                                     Phyllis M. Jones
                                                                                     U.S. Bankruptcy Judge

cc: Mark T. McCarty, Trustee

   Gregory W. Harris
   510 W 4Th Ste A
   North Little Rock, AR  72114

   Dalvin D Candler and Melissa J Candler
   299 Cw Road #1
   Judsonia, AR  72081

   All Creditors