```
                         United States Bankruptcy Court
                          Eastern District of Arkansas
In re:                                                      Case No. 14-15118-pmj
Dalvin D Candler                                            Chapter 13
Melissa J Candler
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0860-4      User: ashley            Page 1 of 2              Date Rcvd: Aug 10, 2015
                          Form ID: pdf06As        Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2015.
```
db/jdb         +Dalvin D Candler,    Melissa J Candler,    299 CW Road #1,    Judsonia, AR 72081-9677
5464159        +ASU-Newport,    7648 Victory Blvd,    Newport, AR 72112-9073
5464153        +Access Credit Management, Inc.,     Access Credit Management,    Po Box 250531,
                 Little Rock, AR 72225-0531
5464158        +All American Motors,    1008 S Main St.,    Searcy, AR 72143-7317
5464160        +Black Market Auto,    1422 E Center St.,    Beebe, AR 72012-2400
5464161        +Credit Management Lp,    4200 International Pkwy,     Carrollton, TX 75007-1912
5464162        +Economic Rec,    Pob 200,    Searcy, AR 72145-0200
5464167        +Fst Coll Srv,    10925 Otter Creek Rd E,    Mabelvale, AR 72103-1661
5464169        +Fst Comm Bnk,    710 St Louis St,    Batesville, AR 72501-5821
5570658        +Gary's Auto Sales,    1101 W Dewitt Henry Dr,    Beebe, AR 72012-2109
5464170        +Medicredit Corp/Outsource Group,     Attn: Bankruptcy,    Three City Place Dr Ste. 690,
                 St Louis, MO 63141-7089
5469237        +N LITTLE ROCK EMERGENCY DR GROUP,     C/O Access Credit Management,    Po Box 22267,
                 Little Rock, AR 72221-2267
5597998        +NCEP, LLC,    by AIS Data Services, LP as agent,     PO Box 4138,   Houston, TX 77210-4138
5464173        +OCSE Clearinghouse SDU,    PO Box 8126,    Little Rock, AR 72203-8126
5502928        +Priority Insurance,    P O Box 5849,    North Little Rock, AR 72119-5849
5464178        +Santander Consumer,    PO Box 660633,    Dallas, TX 75266-0633
5467297        +Santander Consumer USA Inc.;,    P.O. Box 560284,    Dallas, TX 75356-0284
5464179        +Sowell's Furniture,    207 West Arch Ave,    Searcy, AR 72143-5301
5472195         White County Medical,    c/o Economic Recovery Consultants, Inc.,    PO Box 200,
                 Searcy, AR  72145-0200
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5464157        +E-mail/Text: sbridwell@arscollections.com Aug 10 2015 23:30:58      Advanced Recovery Systems,
                 972 High Street,    Po Box 3590,    Jackson, MS 39207-3590
5606339        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 10 2015 23:51:45       NCEP, LLC,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
5464176        +E-mail/Text: bankruptcy@pro-credit.com Aug 10 2015 23:30:41       Professional Cr Mgmt,
                 Po Box 4037,    Jonesboro, AR 72403-4037
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5464154*       +Access Credit Management, Inc.,     Access Credit Management,    Po Box 250531,
                 Little Rock, AR 72225-0531
5464155*       +Access Credit Management, Inc.,     Access Credit Management,    Po Box 250531,
                 Little Rock, AR 72225-0531
5464156*       +Access Credit Management, Inc.,     Access Credit Management,    Po Box 250531,
                 Little Rock, AR 72225-0531
5464163*       +Economic Rec,    Pob 200,    Searcy, AR 72145-0200
5464164*       +Economic Rec,    Pob 200,    Searcy, AR 72145-0200
5464165*       +Economic Rec,    Pob 200,    Searcy, AR 72145-0200
5464166*       +Economic Rec,    Pob 200,    Searcy, AR 72145-0200
5464168*       +Fst Coll Srv,    10925 Otter Creek Rd E,    Mabelvale, AR 72103-1661
5464171*       +Medicredit Corp/Outsource Group,     Attn: Bankruptcy,    Three City Place Dr Ste. 690,
                 St Louis, MO 63141-7089
5464172*       +Medicredit Corp/Outsource Group,     Attn: Bankruptcy,    Three City Place Dr Ste. 690,
                 St Louis, MO 63141-7089
5464174*       +OCSE Clearinghouse SDU,    PO Box 8126,    Little Rock, AR 72203-8126
5464175*       +OCSE Clearinghouse SDU,    PO Box 8126,    Little Rock, AR 72203-8126
5464177*       +Professional Cr Mgmt,    Po Box 4037,    Jonesboro, AR 72403-4037
                                                                                   TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0860-4          User: ashley             Page 2 of 2            Date Rcvd: Aug 10, 2015
                              Form ID: pdf06As         Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2015 at the address(es) listed below:
              Gregory W. Harris    on behalf of Debtor Dalvin D Candler 1gwharris@comcast.net,
               jones.tanya@comcast.net;brechlin.law@gmail.com;subadesikan@comcast.net;kanitacarter@comcast.net
              Gregory W. Harris    on behalf of Joint Debtor Melissa J Candler 1gwharris@comcast.net,
               jones.tanya@comcast.net;brechlin.law@gmail.com;subadesikan@comcast.net;kanitacarter@comcast.net
              Mark T. McCarty     ecfmail@ch13ark.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov;eliane.m.archambeault@usdoj.gov
                                                                                                  TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Dalvin D Candler and Melissa J Candler         CASE NO:   4:14-bk-15118 J
                                                                    Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 01/23/2015, Docket Entry [42], requiring the Debtors to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtors to comply with the court's order of 01/23/2015.

IT IS SO ORDERED.

Date:  08/10/2015                                    /s/   Phyllis M. Jones
                                                    Phyllis M. Jones
                                                    U.S. Bankruptcy Judge

cc:   Mark T. McCarty, Trustee

Gregory W. Harris
510 W 4Th Ste A
North Little Rock, AR  72114

Dalvin D Candler and Melissa J Candler
299 Cw Road #1
Judsonia, AR  72081

All Creditors